THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTIN H. GOMEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC; LOWE'S HIW, INC., and DOES 1 TO 25,<br><br>   Defendants. | CASE NO.: 2:14-cv-03628-DMG-MRW<br><br>(Los Angeles County Superior Court Case No.: BC537233)<br><br>[~~PROPOSED~~] **STIPULATED PROTECTIVE ORDER** |

Upon consideration of the Parties' Stipulation for Protective Order and finding good cause thereon, the terms of the parties' stipulation (other than the reference to non-existing rules on page 3) shall govern the handling and disclosure of confidential documents, things, and information produced in this action.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
**HON. MICHAEL R. WILNER**
**U.S. Magistrate Judge**