UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL          JS-6

| Case No. | CV 14-3628-DMG (MRWx) | Date | November 25, 2014 |
|---|---|---|---|

| Title | Martin H. Gomez v. Lowe's Home Centers, LLC |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

In light of the notice of settlement, filed November 25, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

By January 26, 2015 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of January 27, 2015.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Final Pretrial Conference set on June 2, 2015 and Jury Trial set on June 30, 2015 are hereby VACATED.

IT IS SO ORDERED.